WILLIAM R. LAWSON, Respondent, v. CLARA M. LAWSON, Appellant.— Interlocutory judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

MARY L. LEDERHILGER, Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with CONCRETE MATERIAL CO., INC., Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

ANNA M. MEFFERT, Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with CONCRETE MATERIAL CO., INC., Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of THOMAS KILFOYLE, Respondent, v. JAMES T. MCDERMOTT, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, reversed upon the facts, and a new trial ordered, upon the ground that the decision is contrary to the weight of evidence. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

LIBBIE STERNHART, Appellant, v. ABRAHAM STERNHART, Respondent.— Order modified so as to provide for the payment of counsel fee of $100 when the case is reached for trial, and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

MINNIE STIEHL and ADAM STIEHL, Respondents, v. THE CITY OF NEW YORK, Defendant, Impleaded with CONCRETE MATERIAL CO., INC., Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

CATHERINE VAN ORDEN, Appellant, v. BECK MADOW, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to vacate order granted, with ten dollars costs, upon the ground that the direction that plaintiff submit to an X-ray photograph is not authorized by Civil Practice Act, section 306. Kelly, P. J., Rich and Manning, JJ., concur; Kelby and Young, JJ., dissent, being of opinion that the X-ray photograph is authorized as an incident of the physical examination.

HYMAN BELLOVIN and Another, Copartners, etc., Respondents, v. ENTMOR REALTY COMPANY, INC., Appellant.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

EDWARD BURBACH, Appellant, v. MARY SINRAM and Others, Respondents.— In view of the apparent conflict between this department and the Fourth Department, the motion for leave to appeal to the Court of Appeals is granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

PASQUALE CAPRARELLA, Respondent, v. CATHERINE CAPRARELLA, Appellant. — Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JAMES C. DICK, Appellant, v. JOHN NEWBOLD and Others, Respondents.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

LAURA E. DICK, Appellant, v. JOHN NEWBOLD and Others, Respondents.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

DISLINDA GILL, as Administratrix, etc., of ANTHONY GILL, Deceased, Respond-